UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CLIFFORD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 19-cv-02595-JST<br><br>**ORDER OF DISMISSAL** |

On May 14, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. ECF No. 1. After filing his complaint, plaintiff filed multiple requests to add evidence and defendants to his complaint. *See* ECF Nos. 6, 11, 13. The Court granted plaintiff multiple extensions of time to file an amended complaint that incorporated the defendants and evidence he wished to add, stating that it could not allow piecemeal amendment of the initial complaint. *See* ECF Nos. 8, 15. On March 30, 2020, the Court reviewed the complaint and found that the complaint did not comply with Fed. R. Civ. P. 20(a), as well as other deficiencies. ECF No. 17. The Court granted plaintiff leave to amend the complaint. *Id.* Plaintiff was instructed to file an amended complaint by April 30, 2020, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

//

//

//

//

//

1    Accordingly, for the foregoing reasons, and the reasons stated in the Court's March 30,
2 2020 order of dismissal with leave to amend, this action is DISMISSED.  The Clerk shall close the
3 file.
4    **IT IS SO ORDERED.**
5 Dated:  July 2, 2020



JON S. TIGAR
United States District Judge